Hon. Richard A. Jones

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR16-33RAJ |
| Plaintiff, | |
| v. | ORDER CONTINUING TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |
| ROBERT ANDRE FRAZIER, | |
| Defendant. | |

THIS MATTER comes before the Court upon the agreed motion of the parties to continue the trial date. The Court has reviewed the relevant pleadings and has been advised on the premises.

The Court finds that pursuant to 18 U.S.C. §3161(h)(7)(B) (I) and (iv), the ends of justice served by continuing the original trial date from April 18, 2016 to July 25, 2016, outweigh the best interests of the public and the defendant in a speedy trial. Discovery by the government has been ongoing and the defense needs more time to review it and prepare such that it is unreasonable to expect the parties to adequately prepare for trial by April 18, 2016. The failure to grant a continuance to July 25, 2016 would deny the defendant the time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.

NOW THEREFORE,

IT IS HEREBY ORDERED that the parties' agreed motion (Dkt. #23) is GRANTED. The trial is continued to July 25, 2016. All pretrial motions, including motions in limine, shall be filed no later than June 16, 2016.

IT IS FURTHER ORDERED that, for purposes of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. §3161-3164, the period of delay from the date of this Order through the new trial date of July 25, 2016, is excludable time pursuant to 18 U.S.C. §3161(h)(7)(B)(I) and (ii).

DATED this 18th day of March, 2016.

_____
The Honorable Richard A. Jones
United States District Judge