THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>ROBERT ANDRE FRAZIER,<br><br>　　　　　　　　　Defendant. | No.  CR16-00033-RAJ<br><br>ORDER GRANTING UNOPPOSED MOTION TO EXTEND PRETRIAL MOTION DEADLINE |

　　　Upon the unopposed motion of the defense to continue the deadline for filing pretrial motions in the above-captioned case, the Court finds that such a continuance would serve the ends of justice, therefore,

　　　IT IS HEREBY ORDERED that the unopposed motion (#59) is GRANTED. All pretrial motions, including motions in limine, shall be filed no later than June 30, 2016.

　　　DATED this 8th day of June, 2016.

*Richard A. Jones*
―――――――――――――――――
The Honorable Richard A. Jones
United States District Judge