Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR16-33RAJ |
| Plaintiff, | |
| v. | ORDER ON DEFENDANT'S MOTION FOR DETENTION REVIEW HEARING |
| ROBERT ANDRE FRAZIER, | |
| Defendant. | |

THIS MATTER comes before the Court upon the Defendant's Motion for Detention Review Hearing.  Having considered Defendant's Objections to Magistrate  Judge's Order (Dkt. #52), Defendant's Addendum to Objections to Magistrate Judge's Order (Dkt. #53), Defendant's Motion to Review Order of Detention    (Dkt. #56), Defendant's Supplement to Motion to Review Order of Detention and Objections to Order Denying Review (Dkt. #58), Government's Opposition to Defendant's Motion to Review Order of Detention (Dkt. #61, which incorporates Dkt. ##29, 31, 39 and 48), Defendant's Reply (Dkt. #62), Defendant's Reply Addendum (Dkt. #63), and Defendant's Reply Supplement (Dkt. #64), and the relevant files and pleadings herein,

///

///

1    IT IS HEREBY ORDERED that Defendant's Motion for Detention Review

2  Hearing is DENIED.  Defendant shall remain detained pending trial.

3    DATED this 17th day of June, 2016.

4

5    _____
     The Honorable Richard A. Jones
6    United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER ON DEFENDANT'S MOTION
FOR DETENTION REVIEW HEARING - 2