Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>ROBERT ANDRE FRAZIER,<br><br>            Defendant. | No. CR16-33RAJ<br><br>MINUTE ORDER |

The clerk issues the following minute order by the authority of the Honorable Richard A. Jones, United States District Court Judge:

The parties' Joint Motion to Extend Time to Respond to Defendant's Motion to Suppress and Government's Motion in Limine (Dkt. #69) is GRANTED IN PART. The Government's response to the motion to suppress is due July 15, 2016 by 4:00 p.m.  The Defendant's reply, if any, is due July 19, 2016 by noon.  The Defendant's response to the Government's Motion in Limine is due July 15, 2016 by 4:00 p.m.

The court sets a pretrial conference for July 19, 2016 at 4:15 p.m.

The parties' trial briefs, proposed jury instructions, and proposed voir dire are due July 15, 2016 by 4:00 p.m.

        DATED this 6th day of July, 2016.

                                          WILLIAM M. McCOOL,
                                          Clerk of the Court

                                           /s/ Victoria Ericksen
                                          Deputy Clerk to Hon. Richard A. Jones

MINUTE ORDER – 1