Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ROBERT ANDRE FRAZIER,<br><br>　　　　　　Defendant. | No. CR16-33RAJ<br><br>ORDER CONTINUING<br>TRIAL DATE |

THIS MATTER comes before the Court upon the motion of Defendant to continue the trial date.  The Court has reviewed the relevant pleadings, heard from the parties at a hearing conducted on July 25, 2016, and has been advised on the premises.

The Court finds that pursuant to 18 U.S.C. §3161(h)(7)(B) (I) and (iv), the ends of justice served by continuing the trial date from August 1, 2106 to October 11, 2016, outweigh the best interests of the public and the defendant in a speedy trial.  The failure to grant a continuance to October 11, 2016, would deny the defendant the time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice.

NOW THEREFORE,

IT IS HEREBY ORDERED that the Defendant's Motion to Continue Trial Date (Dkt. #90) is GRANTED.  The trial is continued from August 1, 2016 to October 11, 2016.  All proposed trial exhibits shall be filed by October 11, 2016.

1      IT IS FURTHER ORDERED that, for purposes of computing the time
2  limitations imposed by the Speedy Trial Act, 18 U.S.C. §3161-3164, the period of
3  delay from the date of this Order through the new trial date of October 11, 2016, is
4  excludable time pursuant to 18 U.S.C. §3161(h)(7)(B)(I) and (ii).
5      DATED this 27th day of July, 2016.

*/s/ Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER CONTINUING TRIAL DATE - 2