The Honorable Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ROBERT ANDRE FRAZIER,<br><br>Defendant. | NO. CR16-33 RAJ<br><br>ORDER TO SEAL ATTACHMENT TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR PRETRIAL IDENTIFICATION OF CONFIDENTIAL INFORMANT |

Having read the Attachment of the Government's Response to Defendant's Motion for Pretrial Identification of Confidential Informant, which was filed under seal, and the Government's Motion to Seal requesting that the Attachment A of the Government's Response be allowed to remain under seal, and the Court finding good cause,

It is hereby ORDERED that the Government's Motion to Seal (Dkt. #98) is GRANTED. The Attachment of the Government's Response to Defendant's Motion For Pretrial Identification of Confidential Informant in this matter shall remain sealed.

DATED this 3rd day of August, 2016.

_Richard A Jones_
_____
The Honorable Richard A. Jones
United States District Judge

Order to Seal
_United States v. Frazier_; CR16-33 RAJ - 1