Hon. Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | No. CR16-33 RAJ |
| v. | MINUTE ORDER |
| ROBERT ANDRE FRAZIER, | |
| Defendant. | |

The clerk issues the following minute order by the authority of the Honorable Richard A. Jones, United States District Court Judge.

At a hearing conducted on this date, for the reasons stated on the record, the Court granted Defendant's motion to dismiss the indictment. A formal written order will be forthcoming. The Court authorizes the immediate release of Defendant from the custody of the Bureau of Prisons and the United States Marshals.

DATED this 11th day of August, 2016.

WILLIAM M. McCOOL,
Clerk of the Court

 */s/ Victoria Ericksen*
Deputy Clerk to Hon. Richard A. Jones

MINUTE ORDER – 1